Carl F. Krueger, Appellant, v. Henry F. Baumgartner et al., Defendants. Florence A. Baumgartner, Appellee.

Gen. No. 44,741.

opinion filed October 31, 1949; released for publication November 21, 1949. Reuel H. Gruenewald, for appellant; Francis M. Cooper, of counsel; Moses, Bachrach & Kennedy, for appellee; Felix Visk and Herbert H. Kennedy, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full.